UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE T. MILAZZO |
| MARITZA DALMAU vs. SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC | : : : : : | |
| EDLA No. 2:22-cv-00651 | : | |

**[EXEMPLAR] SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this Original Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff further alleges as follows:

1. Plaintiff:

    Maritza Dalmau

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

4. Current State of Residence:

   Florida

5. State in which Plaintiff alleges injury:

   Florida

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   &boxtimes; A.  Sanofi US Services Inc. (f/k/a Sanofi-Aventis U.S. Inc.)

   &boxtimes; B.  Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A.  Sandoz, Inc.

   ☐ B.  Accord Healthcare, Inc.

   ☐ C.  McKesson Corporation d/b/a McKesson Packaging

   ☐ D.  Hospira Worldwide, LLC (f/k/a Hospira Worldwide, Inc.)

   ☐ E.  Hospira, Inc.

   ☐ F.  Sun Pharma Global FZE

   ☐ G.  Sun Pharmaceutical Industries, Inc. (f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H.  Pfizer, Inc.

   ☐ I.  Actavis LLC f/k/a Actavis, Inc.

   ☐ J.  Actavis Pharma, Inc.

   ☐ K.  Sagent Pharmaceuticals, Inc.

   ☐ L.  Other: _____

2

7. Basis for Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure)

    _____
    _____

8. Venue:

    District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

    United States District Court for the Southern District of Florida

9. Brand Product(s) used by Plaintiff (check applicable)

    ☐   A.   Taxotere

    ☐   B.   Docefrez

    ☐   C.   Docetaxel Injection

    ☐   D.   Docetaxel Injection Concentrate

    ☐   E.   Unknown

    ☒   F.   Other: Docetaxel

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9):

    June 2007 to August 2007

11. State in which Product(s) identified in question 9 were administered:

    Florida

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

    Severe injuries that are permanent and lasting in nature including economic and noneconomic damages, harms, and losses, including, but not limited to: past and future medical expenses; past and future loss of earnings; permanent alopecia; mental anguish; severe and debilitating emotional distress; past, present, and future loss and impairment of the quality and enjoyment of life for the time period 2007 to present.

13. Counts in Master Complaint brought by Plaintiff

    ☒ Count I – Strict Products Liability – Failure to Warn

    ☒ Count III – Negligence

    ☒ Count IV - Negligent Misrepresentation

    ☒ Count V – Fraudulent Misrepresentation

    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State of Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedures.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff:

Dated:  March 14, 2022                           Respectfully submitted,

                                                 /s/ Michael T. Gallagher
                                                 Michael T. Gallagher
                                                 Federal ID: 5395
                                                 The Gallagher Law Firm
                                                 2905 Sackett Street
                                                 Houston, Texas 77098
                                                 (713) 222-8080
                                                 (713) 222-0066 - Facsimile
                                                 donnaf@gld-law.com